UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § § | NO:   DR:14-CR-01232(1)-AM |
| (1) FRANCISCO AVILA-LUCAS | § | |

## ORDER OF TRANSFER

It is hereby **ORDERED** that the above-styled case shall be **REMOVED** from this Judge's docket and **TRANSFERRED** immediately to the Del Rio docket of the Honorable Ivan L.R. Lemelle, United States District Judge, for Final Disposition.  Please be advised that a new Notice of Setting before Judge Lemelle is forthcoming.

SIGNED this 13th day of February, 2015.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE